# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Joshua Livingston,<br><br>**Plaintiff,**<br><br>vs.<br><br>McLean County Detention Facility, Nicholas Hitchins, Matt Lane, McLean County Sheriff's Department, Matthew Proctor, Jackie Mathias and Tori Blevins,<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case Number:** 23-1276 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Plaintiff Joshua Livingston's action against Defendants McLean County Detention Facility, Nicholas Hitchins, Matt Lane, McLean County Sheriff's Department, Matthew Proctor, Jackie Mathias and Tori Blevins is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:** 2/12/24

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
